BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Adam P. Segal
Nevada Bar. No. 6120
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:    (702) 382-8135
Email: asegal@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>JR CONCRETE CUTTING, INC., a Nevada corporation; and EDITH RICHELLE HERRERA, an individual,<br><br>Defendants. | Case No. 2:09-cv-01897-RDJ-RJJ<br><br>**ORDER ON MOTION TO CONTINUE JUDGMENT DEBTOR EXAMINATION OF JR CONCRETE CUTTING, INC. AND EDITH RICHELLE HERRERA** |

The Court having reviewed the Plaintiffs' Motion to Continue the Examination of Judgment Debtors, JR Concrete Cutting, Inc., a Nevada corporation ("JR Concrete") and Edith Richelle Herrera, an individual ("Herrera"), and good cause appearing:

IT IS HEREBY ORDERED, that Herrera and the person most knowledgeable regarding JR Concrete's property and assets, shall appear at the office of Brownstein Hyatt Farber Schreck,

LLP, located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106 on February 17, 2011, at 10:00 a.m. for a judgment debtor examination.

IT IS FURTHER ORDERED, that Herrera and JR Concrete shall produce to the Plaintiffs one (1) week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of JR Concrete's stock, including the name and address of such owners;

2. Any and all documents regarding real property currently owned by Herrera and/or JR Concrete, including but not limited to the location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

3. A complete current inventory list of assets owned by Herrera and/or JR Concrete, including, but not limited to, construction equipment, office equipment, trucks, vehicles, and accounts receivable;

4. The last twelve (12) statements for each and every of Herrera's and/or JR Concrete's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

5. Any and all documents regarding real property disposed of by Herrera and/or JR Concrete in the last five years;

6. Copies of all existing contracts under which JR Concrete is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

//
//
//
//
//
//
//

20052\235\1490920.1

2

7.      All records showing the number of hours worked by JR Concrete's laborer employees and on which projects all such work was performed.

DATED this  26th day of January, 2011.

_____
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/ Adam P. Segal
Adam P. Segal, Esq.
Nevada Bar No. 6120
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135
Email:         asegal@bhfs.com