BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>JR CONCRETE CUTTING, INC., a Nevada corporation; and EDITH RICHELLE HERRERA, an individual,<br><br>Defendants. | Case No. 2:09-cv-01897-RCJ-RJJ<br><br><br><br>ORDER **TO WITHDRAW MOTION FOR GARNISHEE JUDGMENT AND VACATE HEARING** |

Plaintiffs, the Laborers Joint Trust Funds ("Trust Funds"), hereby move to withdraw their Motion for Garnishee Judgment and vacate the hearing on that motion currently scheduled for

///

///

///

20052\235\1665888.2                                              1

May 24, 2012. This motion is made pursuant to Federal Rule of Civil Procedure 7(b)(1).

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief Judge

DATED: This 7th day of May, 2012.