1
2
3
4
5
6
7
8
9

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| 10 TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, | Case No. 2:09-cv-01897-RCJ-RJJ |

10
TRUSTEES OF THE CONSTRUCTION
11
INDUSTRY AND LABORERS HEALTH
AND WELFARE TRUST; TRUSTEES OF
12
THE CONSTRUCTION INDUSTRY AND
LABORERS JOINT PENSION TRUST;
13
TRUSTEES OF THE CONSTRUCTION
INDUSTRY AND LABORERS VACATION
14
TRUST; AND TRUSTEES OF THE
SOUTHERN NEVADA LABORERS
15
LOCAL 872 TRAINING TRUST,

16
                                Plaintiffs,
17
vs.
18
JR CONCRETE CUTTING, INC., a Nevada
19
corporation; and EDITH RICHELLE
HERRERA, an individual,
20
                                Defendants.
21

Case No. 2:09-cv-01897-RCJ-RJJ

**ORDER**  **TO WITHDRAW MOTION FOR GARNISHEE JUDGMENT AND VACATE HEARING**

22
        Plaintiffs, the Laborers Joint Trust Funds ("Trust Funds"), hereby move to withdraw their

23
Motion for Garnishee Judgment and vacate the hearing on that motion currently scheduled for

24
///

25

26
///

27

28
///

May 24, 2012. This motion is made pursuant to Federal Rule of Civil Procedure 7(b)(1).

ORDER

IT IS SO ORDERED.

_____
ROBERT C. JONES
United States Chief Judge

DATED:  This 7th day of May, 2012.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101