GEORLEN K. SPANGLER, ESQ.
Nevada Bar No. 003818
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:   gspangler@klnevada.com
          mdushoff@klnevada.com

Attorneys for Third-Party Garnishee
ROSENDIN ELECTRIC, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> JR CONCRETE CUTTING, INC., a Nevada corporation; and EDITH RICHELLE HERRERA, an individual, <br><br> Defendants. | CASE NO. 2:09-cv-01897-RDJ-RJJ <br><br> **NOTICE OF SERVICE OF ROSENDIN ELECTRIC, INC.'S RESPONSES TO PLAINTIFFS' GARNISHMENT INTERROGATORIES** |

Third-Party Garnishee, ROSENDIN ELECTRIC, INC. ("Rosendin"), by and through its counsel of record Georlen K. Spangler, Esq. of the law firm Kolesar & Leatham, hereby files this notice of service of Rosendin's two (2) responses to the Garnishment Interrogatories, pursuant to

/ / /

/ / /

1455804 (8695-2)

- 1 -

this Court's Order [Dkt. 43] entered on July 12, 2013.  A copy of Rosendin's responses are attached hereto as Exhibit 1.

DATED this 15th day of July, 2013.

                                                  **KOLESAR & LEATHAM**

By _/s/ Georlen K. Spangler_
    GEORLEN K. SPANGLER, ESQ.
    Nevada Bar No. 003818
    MATTHEW T. DUSHOFF, ESQ.
    Nevada Bar No. 004975
    400 South Rampart Boulevard, Suite 400
    Las Vegas, Nevada  89145

    Attorneys for
    ROSENDIN ELECTRIC, INC.

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 15th day of July, 2013 I caused to be served a true and correct copy of foregoing **NOTICE OF SERVICE OF ROSENDIN ELECTRIC, INC.'S RESPONSES TO PLAINTIFFS' GARNISHMENT INTERROGATORIES** in the following manner:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document and both original Garnishment Interrogatory Answers for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed below at their last-known mailing addresses, on the date above written:

Adam P. Segal
Bryce C. Loveland, Esq.
Ryan C. Curtis, Esq.
Brownstein Hyatt Farber Schreck, LLP
100 City Parkway, Suite 1600
Las Vegas, NV  89106-4614

(ELECTRONIC SERVICE) Pursuant to Rule 5(D) of the Nevada Rules of Civil Procedure, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

Adam P. Segal asegal@bhfs.com, chumes@bhfs.com, cneely@bhfs.com, edavis@bhfs.com, jcasper@bhfs.com, let@bhfs.com, rcurtis@bhfs.com

Andrew S. Brignone let@bhfs.com, edavis@bhfs.com, jcasper@bhfs.com, jjeskey@bhfs.com, kfarney@bhfs.com, lmaile@bhfs.com, xhardman@bhfs.com

Bryce C. Loveland bcloveland@bhfs.com, cneely@bhfs.com, edavis@bhfs.com

Aaron B. Fricke edavis@bhfs.com, lmaile@bhfs.com

_____
An Employee of KOLESAR & LEATHAM

1455804 (8695-2)

- 3 -

EXHIBIT 1

Case 2:09-cv-01897-RCJ-RJJ   Document 44   Filed 07/15/13   Page 5 of 6
Case 2:09-cv-01897-RCJ-RJJ   Document 28-1   Filed 07/16/12   Page 43 of 43
Case 2:09-cv-01897-RCJ -RJJ   Document 27   Filed 06/28/12   Page 4 of 4

## INTERROGATORIES

[To be answered under oath within twenty (20) days from date of service]

1) Are you in any manner indebted to JR Concrete Cutting, Inc. ("JR Concrete") either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars.
ANSWER: No we are not

2) Are you an employer of JR Concrete? If so, state the length of your pay period and the amount JR Concrete currently earns during a pay period.
ANSWER: No we are not

3) Did you have in your possession, in your charge, or under your control, on the date the writ of garnishment was served upon you, any money, property, effects, goods, chattels, rights, credits or choses in action of JR Concrete, or in which JR Concrete is interested? If so, state its value, and state fully all particulars.
ANSWER: No we did not

4) Do you know of any debts owing to JR Concrete, whether due or not due, or any money, property, effects, goods, chattels, rights, credits or choses in action, belonging to JR Concrete or in which JR Concrete is interested, and now in possession of or under the control of others? If so, state fully all of the particulars.
ANSWER: Retention for McCarran T-3 $18,360.80

5) State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.
ANSWER: Georlen Spangler, ESQ Kolesor + Leatham, Chtd 400 S. Rampart Blvd. Suite 400, Las Vegas, NV 89145

GARNISHEE

I, Steve Braverman, on behalf of Rosendin, do solemnly swear or affirm that the answers to the foregoing interrogatories by me subscribed are true.

Signature of Garnishee

SUBSCRIBED AND SWORN to before me this 21 day of June, 2013.

BRIAN WEBB
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 01-25-17
Certificate No: 13-9918-1

NOTARY PUBLIC in and for said County and State

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

020052\0235\1683178.1

3

## INTERROGATORIES

[To be answered under oath within twenty (20) days from date of service]

1) Are you in any manner indebted to JR Concrete Cutting, Inc. ("JR Concrete") either in property or money, and is the debt now due? If not due, when is the debt to become due? State fully all particulars.
ANSWER: Yes

2) Are you an employer of JR Concrete? If so, state the length of your pay period and the amount JR Concrete currently earns during a pay period.
ANSWER: No

3) Did you have in your possession, in your charge, or under your control, on the date the writ of garnishment was served upon you, any money, property, effects, goods, chattels, rights, credits or choses in action of JR Concrete, or in which JR Concrete is interested? If so, state its value, and state fully all particulars.
ANSWER: Yes $18,360.80 Retention for McCarran T-3

4) Do you know of any debts owing to JR Concrete, whether due or not due, or any money, property, effects, goods, chattels, rights, credits or choses in action, belonging to JR Concrete or in which JR Concrete is interested, and now in possession of or under the control of others? If so, state fully all of the particulars.
ANSWER: No

5) State your correct name and address, or the name and address of your attorney upon whom written notice of further proceedings in this action may be served.
ANSWER: Gerlen K. Spangler, Esq., Kolesar & Leatham, 400 S. Rampart Blvd., #400, Las Vegas, NV 89145
702/362-7800

GARNISHEE

I, Steve Braverman on behalf of Rosendin, do solemnly swear or affirm that the answers to the foregoing interrogatories by me subscribed are true.

/Signature of Garnishee

SUBSCRIBED AND SWORN to before me this 9th day of July, 2013.

PAULINE ADELE KELLER
Notary Public State of Nevada
No. 99-37462-1
My appt. exp. Feb. 27, 2016

NOTARY PUBLIC in and for said County and State

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

020052\0235\1683178.1     3