GEORLEN K. SPANGLER, ESQ.
Nevada Bar No. 003818
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail:    gspangler@klnevada.com
           mdushoff@klnevada.com

Attorneys for Third-Party Garnishee
ROSENDIN ELECTRIC, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> JR CONCRETE CUTTING, INC., a Nevada corporation; and EDITH RICHELLE HERRERA, an individual, <br><br> Defendants. | CASE NO. 2:09-cv-01897-RDJ-RJJ <br><br> **NOTICE OF PAYMENT OF GARNISHMENT FUNDS BY ROSENDIN ELECTRIC INC.** |

       Third-Party Garnishee, ROSENDIN ELECTRIC, INC. ("Rosendin"), by and through its counsel of record Georlen K. Spangler, Esq. of the law firm Kolesar & Leatham, hereby files this

/ / /

/ / /

/ / /

1  Notice of Payment of Garnishment Funds.  A copy of Rosendin's checks, representing payment,
2  are attached hereto as **Exhibit 1**.
3      DATED this 16th day of July, 2013.

4                                          KOLESAR & LEATHAM

6      By /s/ Georlen K. Spangler
7      GEORLEN K. SPANGLER, ESQ.
       Nevada Bar No. 003818
8      MATTHEW T. DUSHOFF, ESQ.
       Nevada Bar No. 004975
9      400 South Rampart Boulevard, Suite 400
       Las Vegas, Nevada  89145
10
11     Attorneys for
       ROSENDIN ELECTRIC, INC.

1457102 (8695-2)                    - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Kolesar & Leatham and that on the 16th day of July, 2013 I caused to be served a true and correct copy of foregoing **NOTICE OF PAYMENT OF GARNISHMENT FUNDS BY ROSENDIN ELECTRIC INC.** in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5(D) of the Nevada Rules of Civil Procedure, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

Adam P. Segal asegal@bhfs.com, chumes@bhfs.com, cneely@bhfs.com, edavis@bhfs.com, jcasper@bhfs.com, let@bhfs.com, rcurtis@bhfs.com

Andrew S. Brignone let@bhfs.com, edavis@bhfs.com, jcasper@bhfs.com, jjeskey@bhfs.com, kfarney@bhfs.com, lmaile@bhfs.com, xhardman@bhfs.com

Bryce C. Loveland bcloveland@bhfs.com, cneely@bhfs.com, edavis@bhfs.com

Aaron B. Fricke edavis@bhfs.com, lmaile@bhfs.com

_/s/ [signature]_
An Employee of KOLESAR & LEATHAM

1457102 (8695-2)

- 3 -

**RECEIPT OF ORIGINALS**

Receipt of the following items are hereby acknowledged this 16th day of July, 2013:

1. Check No. 303538 in the amount of One Thousand Six Hundred Fourteen Dollars and Ten Cents ($1,614.10);

2. Check No. 303537 in the amount of Sixteen Thousand Seven Hundred Forty-Six Dollars and Seventy Cents ($16,746.70).

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By *Karen Mandall* (signature)
Adam P. Segal
Nevada Bar No. 006120
Bryce C. Loveland, Esq.
Nevada Bar No. 010132
100 City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Plaintiffs*

KOLESAR & LEATHAM
400 S. Rampart Blvd., Ste. 400
Las Vegas, Nevada 89145
Tel: (702) 362-7800 / Fax: (702) 362-9472

1457102 (8695-2)

- 4 -

EXHIBIT 1

AP CHECK  NO: 303538

DATE : 12-Jul-13  VENDOR NAME: Laborers Joint Trust funds  VENDOR NO: 207370

| INVOICE NUMBER | INVOICE DATE | PURCHASE ORDER NUMBER | GROSS AMOUNT | DISCOUNTS, RETENTIONS | NET AMOUNT |
|---|---|---|---|---|---|
| 340023-1-5547RET | 23-Nov-09 | 340023-207370-1 | 1,016.10 | 0.00 | 1,016.10 |
| 340023-1-5629RET | 29-Jan-10 | 340023-207370-1 | 598.00 | 0.00 | 598.00 |
| | | | | 0.00 | 1,614.10 |



THIS CHECK IS PROTECTED WITH AN ENCRYPTED NANOCOPY™ PANTOGRAPH

ROSENDIN ELECTRIC, INC.
CONTRACTORS
880 N. Mabury Rd.
San Jose, CA 95133

HARRIS CENTRAL, N.A.
ROSELLE, ILLINOIS

70-1558 / 719

303538

DATE 12-Jul-2013

AMOUNT *******1,614.10

PAY One Thousand Six Hundred Fourteen Dollars And Ten Cents***

TO THE ORDER OF:
Laborers Joint Trust funds
P.O. BOX 26449
LAS VEGAS, NV 89126

ROSENDIN ELECTRIC, INC.

⑈000303538⑈ ⑉071915580⑉ 04⑈386⑈178⑈8⑈

**AP CHECK**  NO: 303537

DATE : 12-Jul-13   VENDOR NAME: Laborers Joint Trust funds   VENDOR NO: 207370

| INVOICE NUMBER | INVOICE DATE | PURCHASE ORDER NUMBER | GROSS AMOUNT | DISCOUNTS, RETENTIONS | NET AMOUNT |
|---|---|---|---:|---:|---:|
| 340023-1-4815ZRET | 27-Apr-09 | 340023-207370-1 | 1,500.75 | 0.00 | 1,500.75 |
| 340023-1-5037RET | 14-Jul-09 | 340023-207370-1 | 1,214.00 | 0.00 | 1,214.00 |
| 340023-1-5139RET | 01-Aug-09 | 340023-207370-1 | 1,453.50 | 0.00 | 1,453.50 |
| 340023-1-5187ARET | 22-Sep-09 | 340023-207370-1 | 3,878.12 | 0.00 | 3,878.12 |
| 340023-1-5187BRET | 22-Sep-09 | 340023-207370-1 | 1,756.33 | 0.00 | 1,756.33 |
| 340023-1-5315RET | 21-Oct-09 | 340023-207370-1 | 4,062.50 | 0.00 | 4,062.50 |
| 340023-1-5408BRET | 17-Oct-09 | 340023-207370-1 | 1,352.70 | 0.00 | 1,352.70 |
| 340023-1-5567ARET | 30-Dec-09 | 340023-207370-1 | 1,528.80 | 0.00 | 1,528.80 |
| | | | | 0.00 | 16,746.70 |



THIS CHECK IS PROTECTED WITH AN ENCRYPTED NANOCOPY PANTOGRAPH

ROSENDIN ELECTRIC, INC. CONTRACTORS
880 N. Mabury Rd,
San Jose, CA 95133

HARRIS CENTRAL, N.A.
ROSELLE, ILLINOIS
70-1558 / 719

303537

DATE: 12-Jul-2013

AMOUNT: ******16,746.70

PAY Sixteen Thousand Seven Hundred Forty-Six Dollars And Seventy Cents************************************************

TO THE ORDER OF:
Laborers Joint Trust funds
P.O. Box 26449
LAS VEGAS, NV 89126

ROSENDIN ELECTRIC, INC.

⑈000303537⑈ ⑆071915580⑆ 04⑈386⑈178⑈8⑈